874

No. 812, Misc. SIMMONS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 813, Misc. ELLEDGE *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 822, Misc. MILLER *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 826, Misc. HILL *v.* MYERS, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 831, Misc. OWENS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 848, Misc. DUNCAN *v.* WILKINS, WARDEN. Court of Appeals of New York. Certiorari denied.

No. 873, Misc. CATALANO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 155. MICHIGAN NATIONAL BANK ET AL. *v.* MICHIGAN ET AL., *ante,* p. 467. Petition for rehearing denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application.